441 A.2d 769

Commonwealth v. Reid, Appellant.

Petition for Allowance of Appeal Denied June 22, 1982.

Submitted September 9, 1981. Peter A. Levin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.